# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JILL HODAPP, et al., individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br>v.<br><br>REGIONS BANK,<br><br>Defendant. | No.: 4:18-cv-01389-HEA |

**JOINT MOTION FOR FINAL APPROVAL OF THE COLLECTIVE AND CLASS ACTION SETTLEMENT, SETTLEMENT ADMINISTRATION FEES, AND APPROVAL OF *CY PRES* RECIPIENT**

Named Plaintiffs Jill Hodapp, Heather Fisk, Paige Green, Tracey Clampitt, Pamela Turner, Jonathan Haggard, Matthew Gold, Jessica Wilson, Leigha Baxley, Elias Baker, and Jocelyn Boultt ("Named Plaintiffs") and Defendant Regions Bank ("Regions") respectfully move this Court for an Order:

1. Granting final approval of the Parties' Settlement with respect to the proposed Fed. R. Civ. P. 23 classes alleging claims under Missouri, Arkansas, Indiana, and Illinois wage-and-hour laws;

2. Granting final approval of the Parties' Settlement with respect to the FLSA collective action;

3. Approving Settlement Services, Inc.'s fees not to exceed $95,000.00;

4. Approving the proposed Notice of Final Approval to the Settlement Class Members;

5. Approving United Way of Central Alabama as the *cy pres* recipient.

6. An Order dismissing the matter on the merits, with prejudice, in accordance with the terms of the Settlement Agreement.

Respectfully submitted,

| | |
|---|---|
| SWARTZ SWIDLER, LLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC. |
| /s/ *Justin L. Swidler* | /s/ *Josh C. Harrison* |
| Justin L. Swidler (admitted pro hac vice) | James C. Pennington (admitted pro hac vice) |
| Matthew D. Miller (admitted pro hac vice) | Josh C. Harrison (admitted pro hac vice) |
| 1101 Kings Highway N., Ste. 402 | 420 20th Street North, Suite 1900 |
| Cherry Hill, NJ 08034 | Birmingham, AL 35203 |
| Telephone: (856) 685-7420 | Telephone: (205) 328-1900 |
| Facsimile: (856) 685-7417 | Facsimile: (205) 328-6000 |
| mmiller@swartz-legal.com | James.pennington@ogletree.com |
| jswidler@swartz-legal.com | Josh.harrison@ogletree.com |
| | |
| **ATTORNEYS FOR PLAINTIFFS** | Rodney A. Harrison, MO# 44566 |
| | Sarah J. Kuehnel, MO# 61698 |
| | 7700 Bonhomme Avenue, Suite 650 |
| | St. Louis, Missouri 63105 |
| | Telephone: (314) 802-3935 |
| | Facsimile: (314) 802-3936 |
| | rodney.harrison@ogletree.com |
| | sarah.kuehnel@ogletree.com |
| | |
| | **ATTORNEYS FOR DEFENDANT REGIONS BANK** |

Dated: July 13, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2022 a copy of the foregoing Motion and supporting documents was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Matthew Miller*
Matthew D. Miller, Esq.