UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JILL HODAPP, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:18CV1389 HEA |
| | ) |
| REGIONS BANK, | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

**IT IS HEREBY ORDERED** that due to this Court's trial setting, the settlement hearing set for July 20, 2022, is reset to August 24, 2022, at 10:00 a.m. in the courtroom of the undersigned.

Dated this 18th day of July, 2022.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE